UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARDOWSA M. MAALIN,

    Plaintiff,

v.                                            Case No. 17-11609

CAVALRY SPV I, L.L.C.,              Honorable John Corbett O'Meara

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Fardowsa M. Maalin filed an amended, three-count complaint in this court, alleging violations of the Fair Debt Collection Practices Act in Count I, violations of Michigan's Occupational Code in Count II, and violations of Michigan's Collection Practices Act in Count III.

Although Count I, arising under federal law, is cognizable in this court pursuant to 28 U.S.C. § 1331, the allegations presented in Counts II and III are based solely on state law. The parties to this action are not diverse. Therefore, this court declines to exercise supplemental jurisdiction over Plaintiff's state law claims to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 282 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

# **ORDER**

It is hereby **ORDERED** that Counts II and III are **DISMISSED**.

                                       s/John Corbett O'Meara
                                       United States District Judge

Date:  June 5, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 5, 2017, using the ECF system.

                                       s/William Barkholz
                                       Case Manager